x:\tc51621\appear

WDJ/ls
File No.: TC-51621

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X
DONNA MARSHALL,

       Plaintiffs,

  -against-

7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ABM INDUSTRIES, INC., ABM
JANITORIAL NORTHEAST, INC., AMEC
CONSTRUCTION MANAGEMENT, INC., AMEC
EARTH & ENVIRONMENTAL INC., ANTHONY
CORTESE SPECIALIZED HAULING LLC, ATLANTIC
HEYDT CORP., BECHTEL ASSOCIATES
PROFESSIONAL CORPORATION, BECHTEL
CONSTRUCTION, INC., BECHTEL CORPORATION,
BECHTEL ENVIRONMENTAL, INC., BERKEL &
COMPANY, CONTRACTORS, INC., BIG APPLE
WRECKING & CONSTRUCTION CORP., BOVIS LEND
LEASE LMB, INC., BREEZE CARTING CORP.,
BREEZE NATIONAL INC., BRER-FOUR
TRANSPORTATION CORP., BURO HAPPOLD
CONSULTING ENGINEERS, P.C., C.B.
CONTRACTING CORP., CANRON CONSTRUCTION
CORP., CORD CONTRACTING CO., INC., DAKOTA
DEMO-TECH, DIAMOND POINT EXCAVATING
CORP., DIEGO CONSTRUCTION, INC., DIVERSIFIED
CARTING, INC., DMT ENTERPRISE, INC.,
D'ONOFRIO GENERAL CONTRACTORS CORP.,
EAGLE LEASING & INDUSTRIAL SUPPPLY, INC.,
EAGLE ONE ROOFING CONTRACTORS INC., EJ
DAVIES, INC., EN-TECH CORP., EVERGREEN
RECYCLING OF CORONA (EROC), EWELL W.
FINLEY, P.C., EXECUTIVE MEDICAL SERVICES,
P.C., FLEET TRUCKING, INC., FRANCIS A. LEE
EXTERIOR RESTORATION, INC., FTI TRUCKING,
INC., GILSANZ, MURRAY & STEFICEK, LLP,

            NOTICE OF
            APPEARANCE

            21 MC 103 (AKH)

GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC, HALLEN WELDING SERVICE, INC., H.P. ENVIRONMENTAL, KOCH SKANSKA INC., LAQUILA CONSTRUCTION INC., LASTRADA GENERAL CONTRACTING CORP., LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS P.C., LIBERTY MUTUAL GROUP, LOCKWOOD, KESSLER & BARTLETT, INC., LUCIUS PITKIN, INC., LZA TECH-DIV OF THORTON TOMASETTI, MANAFORT BROTHERS INCORPORATED, MAZZOCCHI WRECKING, INC., HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP., MORETRENCH AMERICAN CORP., MRA ENGINEERING, PC, MUESER RUTLEDGE CONSULTING ENGINEERS, INC., NACIREMA INDUSTRIES INCORPORATED, NEW YORK CRANE & EQUIPMENT CORP., NICHOLSON CONSTRUCTION COMPANY, PETER SCALA MANDRE & SONS, INC., PINNACLE ENVIRONMENTAL CORP., PLAZA CONSTRUCTION CORP., PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PRO SAFETY SERVICES LLC., PT&L CONTRACTING CORP., ROBER SILMAN ASSOCIATES, ROBERT L. GEROSA, INC., RODAR ENTERPRISES, INC., ROYAL GM, INC, SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL CORP., SEASONS INDUSTRIAL CONTRACTING, SEMCOR EQUIPMENT & MANUFACTURING CORP., SILVERITE CONTRACTING CORPORATION, SIMPSON GUMPERTZ & HEGER INC., SKIDMORE, OWING & MERRILL LLP, SURVIVAIR, TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN, TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, TISHMAN INTERIORS CORPORATION, TISHMAN SPEYER PROPERTIES, THORTON-TOMASETTI GROUP, INC., TORRETTA TRUCKING, INC., TOTAL SAFETY CONSULTING, L.L.C., TUCCI EQUIPMENT RENTAL CORP., TULLY CONSTRUCTION CO., INC., TURNER CONSTRUCTION COMPANY, ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE), VERIZON NEW YORK INC., VOLLMER ASSOCIATES LLP, WEEKS MARINE, INC., WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C., WHITNEY CONTRACTING INC., WOLKOW-BRAKER

ROOFING CORP., WORLD TRADE CENTER PROPERTIES LLC, WSP CANTOR SEINUK, YANNUZZI & SONS, INC., YONKERS CONTRACTING COMPANY, INC., YORK HUNTER CONSTRUCTION, LLC, ZIEGENFUSS DRILLING, INC.,
OFF-SITE:
ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVIVCES CO., MERRILL LYNCH & CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., L.P., ET AL,

       Defendants.
-------------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
July 10, 2007

                                                 /s/ William D. Joyce, III
WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700